**Tawana S. ALLEN, Plaintiff—Appellant,**

v.

**IVEYS, a corporation, Defendant—Appellee.**

**No. 04–2042.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2004.

Decided Dec. 20, 2004.

Tawana S. Allen, Appellant pro se. John Doughty Cole, Sr., Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Charlotte, North Carolina, for Appellee.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Tawana S. Allen appeals the district court's order dismissing her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Allen v. Iveys,* No. CA–04–309–1 (M.D.N.C. Aug. 16, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*